

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Chemsil Silicones, Inc.** |
|---|---|
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081298Z | $123,900.00 | 12/5/2019 | CSSI005606 | 10/31/2019 | $123,900.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081073U | $23,600.00 | 11/21/2019 | CSSI005459 | 10/15/2019 | $23,600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080872H | $41,300.00 | 11/7/2019 | CSSI005411 | 10/7/2019 | $41,300.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080782H | $23,600.00 | 10/31/2019 | CSSI005364 | 9/30/2019 | $23,600.00 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080721Q | $41,300.00 | 10/24/2019 | CSSI005307 | 9/20/2019 | $41,300.00 |

**Totals:**  **5 transfer(s),**  **$253,700.00**